IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| PERRY SMITH | : | No. 04-472-01 |

## ORDER

AND NOW, this 15th day of December, 2020, upon consideration of Perry Smith's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 255) and the Government's Response in Opposition (Doc. No. 258), it is **ORDERED** that the Motion (Doc. No. 255) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1